■ In the Matter of JEANNA D., a Person Alleged to be a Juvenile Delinquent, Appellant. [675 NYS2d 859] —Order, Family Court, New York County (George Jurow, J.), entered on or about June 4, 1997, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant had committed acts which, if committed by an adult, would constitute the crimes of petit larceny and criminal possession of stolen property in the fifth degree, and placed her with the Division for Youth for a period of 1 year, unanimously affirmed, without costs.

The court's findings were based on legally sufficient evidence and were not against the weight of the evidence. We see no reason to disturb the court's credibility determinations, which are supported by the record. Concur—Sullivan, J. P., Rosenberger, Wallach, Tom and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN CALDERON, Appellant. [675 NYS2d 860] —Judgment, Supreme Court, New York County (Mary McGowan Davis, J.), rendered July 19, 1996, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Defendant's contention that the prosecutor improperly elicited implied hearsay testimony is unpreserved for appellate review and we decline to review it in the interest of justice. Were we to review this claim, we would find that the testimony provided relevant background information explaining the police officers' actions (*see, People v Li*, 238 AD2d 277).

Defendant's claim that the court did not meaningfully respond to a jury note regarding whether more than one person could constructively possess the gun recovered from the van in which defendant was seated is also unpreserved for appellate review and we decline to review it in the interest of justice. Were we to review this claim, we would find that the court's affirmative response meaningfully answered the jury's inquiry. Concur—Sullivan, J. P., Rosenberger, Wallach, Tom and Saxe, JJ.